No. 53.  IN RE ASSESSMENT OF INCOME TAXES HONOLULU
RAPID TRANSIT AND LAND CO.  Appeal from tax appeal court,
Oahu.  Submitted December 23, 1907.  Decided February 20,
1908.  Hartwell, C.J., Wilder and Ballou, JJ.  Per curiam:
This is an appeal from the decision of the tax appeal court dis-
allowing a deduction of $23,244 for loss from wear and tear
in use claimed by the taxpayer as a proper deduction from gross
income for the year 1906.  The principles involved have been
fully discussed *In re Assessment of Income Taxes Honolulu
Rapid Transit and Land Company,* 18 Haw. 15; *In re Assess-
ment of Income Taxes Ewa Plantation Company,* 18 Haw. 530.
In regard to appellant's claim to a nontaxable Federal fran-
chise we may also refer to *Miner's Bank v. Iowa,* 12 How. 1.
The decision appealed from is affirmed.  *C. R. Hemenway,
Attorney General,* and *M. F. Prosser* for the Tax Assessor.
*Castle & Withington* for the Taxpayer.